[Civ. No. 18580.   Second Dist., Div. One.   Mar. 26, 1952.]

HERBERT ROSENBERG, Appellant, v. EMANUEL V. FEIGIN, Respondent.

Edward B. Freed for Appellant.

Ralph N. Highsmith and Henry E. Kappler for Respondent.

HANSON, J. pro tem.—■ The appeal is from an order denying a motion to set aside a ruling which sustained a demurrer to the third amended complaint.  The order is not an appealable order (Code Civ. Proc., § 963; *Title Ins. & Trust Co.* v. *California Dev. Co.*, 159 Cal. 484 [114 P. 838]).

The appeal is dismissed.

White, P. J., and Doran, J., concurred.